PETITION OF RAYMOND C. FUCHS.

No. 11742.
Decided September 8, 1969.
458 P.2d 263.

Raymond C. Fuchs, pro se.

ORDER

PER CURIAM.

Raymond C. Fuchs, an inmate of the state prison, appearing pro se, filed with this Court a petition for his release by default, alleging that he had filed a petition in the District Court of Yellowstone County for a writ of mandamus for removal of a public official.

It is not possible from the allegations of the petition to ascertain the fact situation nor the grounds for the granting of any relief and by reason thereof the petition is denied.